TIMOTHY M. BURGESS
United States Attorney

AUDREY J. RENSCHEN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| | ) | FALSE STATEMENT IN |
| vs. | ) | APPLICATION FOR PASSPORT |
| | ) | Vio. 18 U.S.C. § 1542 |
| | ) | |
| ALEXANDER DEAN PANKRATZ | ) | COUNT 2: |
| aka Michael William Colahan, | ) | IDENTITY THEFT |
| | ) | Vio. 18 U.S.C. §§ 1028(a)(7) and |
| Defendant. | ) | (b)(1)(D) |
| | ) | |
| | ) | COUNT 3: |
| | ) | SOCIAL SECURITY FRAUD |
| | ) | Vio. 42 U.S.C. § 408(a)(7)(B) |
| | ) | |
| | ) | COUNT 4: |
| | ) | FAILURE TO PAY LEGAL |
| | ) | CHILD SUPPORT |
| | ) | OBLIGATIONS |
| | ) | Vio. 18 U.S.C. § 228(a)(3) |
| | ) | |

INDICTMENT

The Grand Jury charges that:

## COUNT 1: FALSE STATEMENT IN APPLICATION OF PASSPORT

On or about August 22, 1997, the defendant, ALEXANDER DEAN PANKRATZ, in the District of Alaska, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, by presenting himself as Michael William Colahan, using a birth certificate and social security number of Michael William Colahan, who died in July 1976.

All of which is in violation of Title 18, United States Code, Section 1542.

## COUNT 2: IDENTITY THEFT

Between on or about February 3, 2001, and on or about October 10, 2001, in the District of Alaska, the defendant, ALEXANDER DEAN PANKRATZ, did knowingly use, without lawful authority, a means of identification of another person, to wit: the name, Michael William Colahan, and the social security number, XXX-XX-XX43, with the intent to commit an unlawful activity that constitutes a felony under the laws of the State of Alaska, that is, Forgery in the Second Degree in violation of Alaska Statutes 11.46.505(a)(1), by applying for a Permanent Fund Dividend that paid $1,850.28. In addition, ALEXANDER DEAN PANKRATZ used said means of identification in or affecting interstate commerce.

All of which is in violation of Title 18, United States Code, Section 1028(a)(7) and

(b)(1)(D).

## COUNT 3 SOCIAL SECURITY FRAUD

Between on or about January 9, 2003, and on or about October 20, 2005, in the District of Alaska, the defendant, ALEXANDER DEAN PANKRATZ, using the name Michael William Colahan, for the purpose of obtaining and maintaining a checking account, with intent to deceive, did falsely represent to Wells Fargo that his Social Security Number (SSN) was XXX-XX-XX43, which was assigned by the Commissioner of Social Security to Michael William Colahan, who died in July 1976, when, in fact, as defendant well knew, said SSN was not assigned to him.

All of which is in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 4:FAILURE TO PAY LEGAL CHILD SUPPORT OBLIGATIONS

From on or before December 13, 2000, and continuing to the date of this Indictment, in the District of Alaska, and elsewhere, ALEXANDER DEAN PANKRATZ, who resided in Alaska, willfully failed to pay a support obligation with respect to his child who resided in California and Nebraska, which obligation has remained unpaid for a

//

//

//

period longer than two years and is greater than $10,000.

All of which is in violation of Title 18, United States Code, Section 228(a)(3).

A TRUE BILL.

                                                                S/ Grand Jury Foreperson
                                                                 GRAND JURY FOREPERSON

S/ Karen L. Loeffler for
AUDREY J. RENSCHEN
Assistant U.S. Attorney


S/ Deborah Smith for
TIMOTHY M. BURGESS
United States Attorney



DATED:  12/13/05