MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs ALEXANDER DEAN PANKRATZ  CASE NO. 3:05-cr-00116-JWS-JDR
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:_____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER:_____APRIL KARPER_____

UNITED STATES ATTORNEY:_____AUDREY RENSCHEN_____

DEFENDANT'S ATTORNEY:_____F. RICHARD CURTNER - APPOINTED_

U.S.P.O.: _____CHRIS LIEDIKE_____

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD JANUARY 25, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:02 p.m. court convened.

 X Copy of Indictment given to defendant: read.

 X Defendant advised of general rights, charges, and penalties.
   X Waived full advisement of rights.

 X Defendant sworn.

 X Defendant stated true name: Same as above.         Age:  59

 X Financial Affidavit filed.
   X Federal Public Defender accepted appointment; FPD notified.

 X PLEAS: Not guilty to counts 1 thru 4 of the Indictment.

 X Defendant detained/Detention Hearing set for  **February 1, 2006
    at 2:00 p.m.**

 X Order of Temporary Detention Pending Hearing **FILED.**

 X Pretrial motions due  **February 14, 2006** ; Order for the
    Progression of a Criminal Case with Trial by Jury &
    Final Pretrial Date **FILED.**

 X Counsel advised of trial date: **April 3, 2006 at 9:00 a.m.**
    before U.S. District Judge John W. Sedwick. Final Pretrial
    Conference set for **April 3, 2006 at 8:30 a.m.**


 X OTHER: Court and counsel heard re plaintiff's oral motion for
a Detention Hearing; **GRANTED.** Parties to meet and confer by the
Close of Business on **February 1, 2006.**

At 4:19 p.m. court adjourned.

DATE:_____January 25, 2006_____ DEPUTY CLERK'S INITIALS:  ak