Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. A05-00116 CR (JWS) |
|---|---|
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| ALEXANDER DEAN PANKRATZ, | |
| Defendant. | |

Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant ALEXANDER DEAN PANKRATZ in the above-captioned action.

DATED at Anchorage, Alaska this 27th day of January 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:       907-646-3400
Fax:           907-646-3480
E-Mail:      rich_curtner@fd.org

Certification:
I certify that on January 27, 2006,
a copy of *Entry of Appearance*  was
served electronically on:

Audrey Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Rich Curtner