Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. A05-00116 CR (JWS) |
| Plaintiff, | |
| vs. | **MOTION ON SHORTENED TIME TO VACATE BAIL REVIEW HEARING SET FOR FEBRUARY 1, 2006** |
| ALEXANDER DEAN PANKRATZ, | |
| Defendant. | |

COMES NOW THE DEFENDANT, ALEXANDER DEAN PANKRATZ, by and through counsel Rich Curtner, Federal Defender, and withdraws his request for a bail review hearing.  For this reason, Mr. Pankratz asks the court to vacate the bail review hearing currently scheduled for Wednesday, February 1, 2006, at 2:00 p.m. before the Honorable John D. Roberts.

DATED at Anchorage, Alaska this 30th day of January 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:       907-646-3400
Fax:          907-646-3480
E-Mail:      rich_curtner@fd.org

Certification:
I certify that on January 30, 2006,
a copy of the *Motion on Shortened
Time to Vacate Bail Review Hearing
Set for February 1, 2006* was served
electronically on:

Audrey Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy