UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER DEAN PANKRATZ,<br><br>Defendant. | NO. A05-00116 CR (JWS)<br><br>**PROPOSED ORDER VACATING BAIL REVIEW HEARING** |

After due consideration of the defendant's Motion on Shortened Time to Vacate Bail Review Hearing Set For February 1, 2006, the motion is GRANTED. The bail review hearing currently scheduled for Wednesday, February 1, 2006, at 2:00 p.m. is VACATED.

DATED this _____ day of January 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE