AO 442 (Rev. 12/85) Warrant for Arrest



RECEIVED
U.S. MARSHALS SERVICE
ALASKA
2005 DEC 14 PM 2: 59

RECEIVED
JAN 3 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | CASE NUMBER: A05-0116 CR (JWS) |
| ALEXANDER DEAN PANKRATZ | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ALEXANDER DEAN PANKRATZ and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense):
18:1542 - FALSE STATEMENT I APPLICATION FOR PASSPORT - Count 1
18:1028(a)(7) and (b)(1)(D) - IDENTITY THEFT - Count 2
42:408(a)(7)(B) - SOCIAL SECURITY FRAUD - Count 3
18:228(a)(3) - FAILURE TO PAY LEGAL CHILD SUPPORT OBLIGATIONS - Count 4

| | |
|---|---|
| Ida Romack | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| by [signature] Deputy Clerk | December 14, 2005 at Anchorage, AK |
| Signature of Issuing Officer | Date and Location |
| Bail Fixed at $ to be determined | by Magistrate Judge John D. Roberts |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: ANCHORAGE

Int'l Airport - Anchorage Alaska

| DATE RECEIVED 14 DEC 2005 | NAME AND TITLE OF ARRESTING OFFICER S/A WILLIAM KENNEDY HHS/OIG | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 24 JAN 2006 | | |