Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALEXANDER DEAN PANKRATZ,<br><br>　　　　　Defendant. | Case No. 3:05-cr-00116-JWS<br><br>**MOTION FOR<br>DETENTION HEARING** |

　　　　Defendant, Alexander Dean Pankratz, by and through his attorney, Rich Curtner, Federal Public Defender, asks this court for an order setting this matter on for a detention hearing at a date and time convenient for the court and for the parties. Mr. Pankratz requests that he be released to the Cordova Center correctional community residential center, with work release.

///

///

///

DATED at Anchorage, Alaska this 17th day of February, 2006.

Respectfully submitted,

s/ Rich Curtner
Federal Defender
Alaska Bar No. 8706013
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:    907-646-3400
Fax:      907-646-3480
E-Mail:   rich_curtner@fd.org

<u>Certification</u>:

I certify that on February 17, 2006,
a copy of the foregoing document
was served electronically on:

Audrey Renschen, Esq.

s/ Rich Curtner