UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALEXANDER DEAN PANKRATZ,<br><br>        Defendant. | Case No. 3:05-cr-00116-JWS<br><br>**PROPOSED<br>ORDER SCHEDULING<br>DETENTION HEARING** |

After due consideration of defendant's Motion for Detention Hearing, the motion is GRANTED. A detention hearing is scheduled for _____, 2006, at _____ a.m./p.m.

DATED this \_\_\_\_ day of _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge