UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALEXANDER DEAN PANKRATZ,<br><br>        Defendant. | Case No. 3:05-cr-00116-JWS<br><br>**ORDER GRANTING<br>MOTION<br>FOR BAIL REVIEW AND SETTING<br>HEARING**<br><br>(Docket No. 12) |

After due consideration of defendant's Motion for Bail Review Hearing, the motion is GRANTED. A bail review hearing is scheduled for **Tuesday, February 21, 2006 at 9:30 a.m.**

DATED this  17th  day of February, 2006, at Anchorage, Alaska.

     /s/ John D. Roberts
     JOHN D. ROBERTS
     United States Magistrate Judge