Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALEXANDER DEAN PANKRATZ,<br><br>                Defendant. | Case No. 3:05-cr-0116-JWS<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

      Defendant, Alexander Dean Pankratz, by and through counsel Rich Curtner, Federal Defender, hereby notifies the court of his intent to change his plea. Mr. Pankratz intends to enter a plea of guilty to the indictment. There is no plea agreement in this case. Mr. Pankratz respectfully requests that his trial date, currently set for April 3, 2006, be vacated, and that a change of plea hearing be scheduled on March 3 at a time convenient to the court and counsel.

///

///

///

DATED at Anchorage, Alaska this 1st day of March, 2006.

Respectfully submitted,

s/ Rich Curtner
Federal Defender
Alaska Bar No. 8706013
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:	907-646-3400
Fax:	907-646-3480
E-Mail:	rich_curtner@fd.org

Certification:

I certify that on March 1, 2006, a copy of the
foregoing document was served electronically on:

Audrey Renschen, Esq.

s/ Rich Curtner