# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>  v.  <u>ALEXANDER DEAN PANKRATZ</u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO. <u>3:05-cr-00116-JWS</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: March 2, 2006

   The above-referenced matter had been set on for a jury trial to commence on April 3, 2006, before Judge Sedwick at Anchorage, Alaska. This matter is now RESCHEDULED for a proposed change of plea on Friday, March 3, 2006, at 8:30 a.m..

   The April 3, 2006, final pre-trial conference and trial by jury are hereby VACATED.

[]{IK2.WPD*Rev.12/96}