MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA* v. *ALEXANDER DEAN PANKRATZ*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:05-cr-00116 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date: March 3, 2006

    The court will conduct a sentencing proceeding in Courtroom 3 at **8:30 AM** on **May 26, 2006.**