P.O. Box 2582
Soldotna, Alaska 99669

April 30, 2006

Judge Sedwick
United States Federal District Court
District of Alaska

Dear Judge Sedwick,

My name is Chris Pankratz, the son of Alexander Dean Pankratz. I would like to take the time to give you a little background on my father. I have not been forced or coerced to write this letter in any way.

I have been here in the state for about 11 years now. I arrived in June 1995, on a plane ticket purchased by my father. After not talking to him for about 5-7 years, he tracked me down and contacted me out of the blue. He asked me if I wanted to take a vacation. I told him I would and the rest is history.

After arriving in the state, my father housed me for about one month, gave me a job, and basically supported me for a short period of time. I then got a good job on the Kenai Peninsula at Unocal chemical division, as a contractor. My father paid for my room at a hotel for about a month and a half. For the next couple of years he would come here and we would hang out, go fishing, or shoot pool. Sometimes I would go to Anchorage and hang out and spend the night.

My father has kept in touch with me over the years. We have barbecued and even fished the silver salmon derby once. I have enjoyed hanging out with him. I have established a new relationship with him later in life. There is a lot that cannot be given back but there is a lot to get in the future. I love my father for who he is, not paying attention to his faults rather looking to his strengths. We all make mistakes in life.

Knowing him for the last several years, I can honestly say I believe he does feel a deep regret for his past. I also believe he has dug himself in such a hole it would be hard to get out and that has caused some grief in his life. I do not hold any grudge about the past. What happened has happened. I believe he still has time to try to correct things. I hope he decides to make them right.

I do believe he does need to pay back all of the money he has owed my mother over the years. My mother has suffered greatly to raise us the best way she knew how. She deserves what is due her.

I would like to share with you some photos. I am on a remote job site and do not have all of them with me, but here are a few. I hope this letter will be considered and my opinion will be taken into consideration when it comes time for his sentence.

If you have any questions or would like more information or photos from me, please fell free to call me at anytime at my home. 1-907-262-9573.

Cordially,

Chris Pankratz

Exhibit A - Page 1 of 2

May 1, 2006
Page 2


This is my son and his Grandpa. My father really enjoys him.


This is my dad giving me a lesson in mechanics.

His shirt say's "Have you hugged your dad today?

These are a few photos of my dad. He always has a smile.