31 March 2006

Dear Judge Sedwick

RE:    Letter of commendation for Alex Dean Pankratz.

Thank you for time to read this.

We just wanted to say to anyone concerened that we have known Mr. Pankratz for over 9 years now.
During the time we have known him he has always been an outstanding friend of ours.  We trust him and treat him as one of our family.  It breaks our heart to visit him and see him behind bars.

He has mentioned to us that his sentensing is coming up soon, and we hope you will find mercey in your heart when you decide his time in jail.

During the time we have known Mr. Pankratz, he has always shown respect for the law and very honest with us.


Sincerely,

*Virginia Austria*
Virginia Austria

Exhibit B - Page 1 of 1