William A Betts
Alpine Painting, Drywall, and Coatings
340 N Hoyt #1
Anchorage, Alaska 99508

To US Federal District Court Judge Sedwick

Your Honor,

I am writing this letter in regard to Dean Pankratzs' character. I am a thirty-plus year resident of Alaska. I lived in Fairbanks in the seventies, Galena in the eighties, and commercial fished Kodiak 3 year. Have been living and doing business in Anchorage these past 15 years.

I met Dean about twelve years ago through a mutual friend. At the time he was hauling wood for a living when he wasn't involved in the painting trade. He also did book keeping and accounting. We had the paint trade in common. In the beginning we were competers. As time went on we became good friends and did a lot of hunting and fishing together. He is an independent sort. Owned his own truck and equipment and pretty much did his own thing. Over the years I would "farm out" work to him. He has always been a hard worker. He did good clean quality work. He has always been honest with me as well as my customers. I never got complaints or callbacks. Dean is a church going guy and a health nut. Sometimes to a point of irritation to me.

Once we were Halibut Fishing down Seldovia way in my boat. I lost my fuel pump. Dean hitched a ride back to homer and returned 3 hours with a new pump. He could have got in his truck and left but went the extra mile for me.

I have a lot of work lined out for the summer starting in May. I'm short handed as it is. Was counting on his help. Well Your Honor if nothing else I hope this letter serves in positive way in Deans defense. Thanks

Yours,

*[signature]*

Exhibit C - Page 1 of 1