Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEXANDER DEAN PANKRATZ,<br><br>    Defendant. | NO. 3:05-cr-00116-JWS<br><br>**NOTICE OF FILING LETTER** |

COMES NOW THE DEFENDANT, ALEXANDER DEAN PANKRATZ, by and through counsel Rich Curtner, Federal Defender, and gives notice of filing the attached letter (Exhibit A) from Charles Goentzel, in aid of sentencing set for May 26, 2006.

DATED at Anchorage, Alaska this 24th day of May 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:    rich_curtner@fd.org

<u>Certification</u>:
I certify that on May 24, 2006,
a copy of the **_Notice of Filing
Letter_** was served electronically
on:

Audrey Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Scott Kelley
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Rich Curtner