Judge Sedwick –

I have known Dean Panbratz since 1970. I had just graduated from college + moved to Denver Colo. where I first met Dean. We quickly became friends due to his good nature. We spent many evenings + weekends camping and motorcycle riding. I moved to Alaska in 1975. Dean + I continued our friendship through phone calls. Dean came to Alaska around 1979. Our friendship has continued and my family is blessed to know him. As a friend Dean has helped us on projects around the house improving our quality of life. Dean has been a dinner guest in our house and a part of our family for many years. We look forward to Dean's return.

Best regards
Chuck Douthat