UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>v.<br><br>ALEXANDER DEAN PANKRATZ,<br><br>        Defendant(s). | Case No. 3:05-cr-00116-JWS<br><br>**EXHIBIT INVENTORY AND**<br>**DISPOSITION NOTICE** |

    Plaintiff: United States of America

    Defendant:

exhibits listed below:

    Exhibit 1 to Imposition of Sentence

    Returned to Audrey Renschen (Assistant U.S. Attorney) by pick-up.

    DATED this 26th day of May at Anchorage, Alaska.

                                  IDA ROMACK
                                  Clerk of Court

                            by: _____
                                  Deputy Clerk

___ Certifed Mail Receipt Attached

_X_ Picked up by Audrey J Renschen  5-26-06
                          (Signature and Date)

[EXHINVT.WPD 5/5/99]