AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

**RECEIVED**
MAR 2 6 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V.

Alexander Dean Pankratz

Redacted Address

SUMMONS IN A CRIMINAL CASE

Case Number: 3:05-cr-00116 JWS-JDR

Served on

F. Richard Curtner
Federal Public Defender's Agency
601 W. 5th Ave., Suite 800
Anchorage, AK 99501

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska  99513<br><br>Before: Magistrate Judge Roberts | Courtroom 6<br><br>Date and Time<br>4/29/08 at 1:30 PM |

To answer a(n)
[] Indictment  [] Information  [] Complaint  [] Violation Notice  [X] Probation Violation Petition

Charging you with a violation of:

as stated in the petition for revocation of supervised release attached.

Ida Romack, Clerk of Court            3/24/08 Anchorage, Alaska
_____ _ _ _ _ g Officer          Date and Location
Redacted Signature
            Deputy Clerk
_____, ___ _____ __ _ssuing Officer

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 601 W. 5th Avenue, Suite 800, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]  3/26/08 TA    Date

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: U.S. PROBATION OFFICE, ANCHORAGE, AK

[ ] Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _____    Randy M Johnson
Date    Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks: Served to defendant at 13:15 hours 3/26/08.

Tim Astle
Tom Astle, US. Probation Officer

Received: Alex Pankrats 3/26/2008

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.