MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>ALEXANDER DEAN PANKRATZ</u>  CASE NO. <u>3:05-CR-00116-JWS</u>
Defendant:  <u>X</u> Present <u>X</u> On Summons

BEFORE THE HONORABLE:           <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:          <u>CAROLINE EDMISTON</u>

UNITED STATES' ATTORNEY:        <u>AUDREY RENSCHEN</u>

DEFENDANT'S ATTORNEY:           <u>RICH CURTNER, APPOINTED</u>

U.S.P.O.:                       <u>ERIC ODEGARD</u>

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 27) HELD 04/29/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:36 p.m. court convened.

<u>X</u> Copy of Petition to Revoke Supervised Release given to defendant: read.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name:<u> Same as above.</u>

<u>X</u> Defendant advised of general rights, charges and penalties.

<u>X</u> Financial Affidavit **FILED**.

<u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> Defendant **DENIED** allegations <u>1, 2, 3, 4 and 5 of the Petition to Revoke Supervised Release.</u>

<u>X</u> Matter to be referred to U.S. District Judge for Evidentiary Hearing.

<u>X</u> Order Setting Conditions of Release **FILED**.

<u>X</u> OTHER:<u> Parties request that the Evidentiary Hearing be set after June 2, 2008.</u>

At 1:55 p.m. court adjourned.


DATE:     <u>April 29, 2008</u>     DEPUTY CLERK'S INITIALS:<u>    CME</u>

Revised 6-18-07