Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDER DEAN PANKRATZ,<br><br>Defendant. | NO. 3:05-cr-00116-JWS<br><br>**NOTICE RE:  EVIDENTIARY HEARING ON JUNE 17, 2008** |

    Dean Pankratz is scheduled for an evidentiary hearing before this court on June 17, 2008, concerning alleged violations of supervised release.  The parties have not reached a negotiated joint recommendation.  Counsel for Mr. Pankratz estimates that there will be two witnesses at this hearing, and that the hearing should not take longer than one hour.

    The first witness will be the probation officer, Tim Astle, in support of his petition.  Mr. Astle has recommended that if Mr. Pankratz is found in violation of his conditions of supervision, Mr. Pankratz's supervised release should be continued with the additional modification that he reside at the Cordova Center for up to six months.

Mr. Pankratz will testify that he did not knowingly violate the conditions of his supervision. While the statements concerning failure to complete restitution as scheduled, the lack of employment for certain periods of time, and failure to appear for two drug tests are accurate, Mr. Pankratz did not have the ability to comply with some of these conditions, and did not intentionally violate these conditions.

Mr. Pankratz will also testify that he is now employed as a painter, and that he entered into a settlement agreement with the Alaska Child Support Services Division to pay $120 per month in arrears. Mr. Pankratz made a $50 restitution payment and a $120 child support payment in May 2008.

Mr. Pankratz is hopeful that he will also get carpentry jobs through his Union, and feels that residing at Cordova Center would jeopardize those prospects.

Mr. Pankratz will be asking that the court terminate his supervision, so that he would be able to travel to other states that may offer better job opportunities.

DATED at Anchorage, Alaska this 12th day of June 2008.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:     907-646-3400
Fax:          907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on June 12, 2008,
a copy of the **Notice Re: Evidentiary Hearing on June 17, 2008**, was served electronically on:

Audrey Renschen
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was faxed to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner