```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs. <u>ALEXANDER DEAN PANKRATZ</u>   CASE NO. <u>3:05-CR-00116-JWS</u>
Defendant: <u>X</u> Present <u>X</u> On Bond

BEFORE THE HONORABLE: <u>          JOHN W. SEDWICK                       </u>

DEPUTY CLERK/RECORDER: <u>         SAMANTHA LARK                         </u>

UNITED STATES' ATTORNEY: <u>       AUDREY RENSCHEN                       </u>

DEFENDANT'S ATTORNEY: <u>          RICHARD CURTNER                       </u>

U.S.P.O.: <u>                      TIM ASTLE                             </u>

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 27) AND DISPOSITION HEARING HELD
             JUNE 17, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:04 a.m. court convened.

Court and counsel heard re allegations.

Tim Astle sworn and testified on behalf of the plaintiff.

Alex Pankratz sworn and testified on behalf of the defendant.

Defendant advised of general rights.

Court found that allegations 1, 3 and 4 of the Petition to Revoke Supervised Release (DKT 27) Proven; Allegations 2 and 5 of the Petition to Revoke Supervised Release (DKT 27) were not proven.

FINAL DISPOSITION HEARING: Supervised Release continued.

List of Witnesses filed separately.

OTHER:<u> Court and counsel heard re Community Half Way house.    </u>

At 9:18 a.m. court adjourned.


DATE: <u>     June 17, 2008           </u>   DEPUTY CLERK'S INITIALS: <u> sal    </u>


Revised 6-18-07