RECEIVED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

ALEXANDER DEAN PANKRATZ

AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 05/26/2006 )
Case Number: 3:05-CR-00116-JWS
 Richard Curtner
            Defendant's Attorney

Defendant's probation officer filed a petition on March 21, 2008 accusing defendant of 5 violations of the conditions of supervision provided in the original judgment. Defendant DENIED allegations 1, 2, 3, 4 and 5 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Special | Pay Restitution | 02/28/2008 | C |
| 3 | Standard | Change Residence | 09/05/2007 | C |
| 4 | Special | Drug Test | 09/18/2007 | C |

The court finds that the following accusations are not proved: 2 and 5 of the Petition to Revoke Supervised Release (DKT 27) .The court concludes that the conditions of supervision set forth in the court's original judgment are subject to modification pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

June 17, 2008
Date of Disposition Hearing

**REDACTED**
Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

6-18-08
Date

AO245.REV

Defendant: ALEXANDER DEAN PANKRATZ          Amended Judgment--Page 2 of 2
Case No.: 3:05-CR-00116-JWS

**PROBATION/SUPERVISED RELEASE (MODIFIED)**

Defendant's supervised release is modified as follows:
The defendant shall reside at the Cordova Center Residential Reentry Center (RRC) commencing on or between October 1 and October 10, 2008, for a period of four months and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible to release for employment, treatment, court hearings, medical treatment, and other releases allowed by the rules of the Cordova Center in accordance with their program.

The term of supervision is not extended as follows:

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV